**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Corey McKinzie HOWARD, Defendant—Appellant.**

**No. 12–6626.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 2, 2012.

Corey McKinzie Howard, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey McKinzie Howard appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny leave to proceed under the Criminal Justice Act. *United States v. Howard,* No. 7:08–cr–00023–GEC–1 (W.D.Va. Mar. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*